UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| LIZBETH RENTERIA and LIZETH RENTERIA,<br><br>                Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR CREDIT CORPORATION, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,<br><br>                Defendants. | Case No.: 3:22-cv-2370<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF LIZETH RENTERIA AND DEFENDANT TRANS UNION, LLC ONLY |

Plaintiff Lizeth Renteria and Defendant Trans Union, LLC ("Trans Union") by and through undersigned counsel, hereby stipulate that this action and all claims asserted therein be dismissed as to Trans Union, with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff submits this stipulation on behalf of herself and Defendant Trans Union. By agreement, each party is to bear its own fees and costs.

Respectfully submitted this 31st day of December 2022.

                                                  /s/ Syed H. Hussain
                                                  Syed H. Hussain, Esq. (IL# 6331378)
                                                  **HASEEB LEGAL, LLC**
                                                  420 E Waterside Dr #3004
                                                  Chicago, IL 60601
                                                  T: (954) 225-4934
                                                  E: sh@haseeblegal.com

                                                  *Attorney for Plaintiffs Lizbeth Renteria and Lizeth Renteria*

1